UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RICKY TYRONE FOSTER,<br>Plaintiff. | Case No. 20-08012 EJD (PR)<br>**ORDER OF DISMISSAL** |

On November 16, 2020, Plaintiff, a state prisoner, filed a letter which was construed as an attempt to file a civil rights action pursuant to 42 U.S.C. § 1983.[1] Dkt. No. 1. On the same day, the Clerk sent Plaintiff a notice that he had to file a proper complaint using the court form, as well as a separate notice that he had not paid the filing fee or filed an application to proceed *in forma pauperis* ("IFP"). Dkt. Nos. 2, 3. The notices directed Plaintiff to file the complaint and a complete IFP motion within twenty-eight days or face dismissal. Id. The deadline, December 24, 2020, has passed, and Plaintiff has not filed a proper complaint or an IFP application, despite filing a response to a separate notice regarding consent to magistrate jurisdiction. Dkt. No. 5. Accordingly, Plaintiff's case is **DISMISSED** without prejudice for failure to file a complaint and to pay the filing fee.

---

[1] This matter was reassigned to this Court on January 4, 2021, pursuant to Williams v. King, 875 F.3d 500 (9th Cir. 2017). Dkt. Nos. 6, 7.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: ___1/8/2021_____

                                              EDWARD J. DAVILA
                                              United States District Judge

Order of Dismissal
PRO-SE\EJD\CR.20\08012Foster_dism-compl&ifp

2